UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SALVADOR OCAMPO-VERGARA                                                    PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:20-CV-619-DPJ-FKB

CORDERO CLARK, ET A.                                                       DEFENDANTS

ORDER

On February 12, 2021, Defendants moved for summary judgment [22], seeking dismissal of Plaintiff's Complaint for failure to exhaust his administrative remedies. On August 2, 2021, United States Magistrate Judge F. Keith Ball entered a thorough and well-reasoned Report and Recommendation [29] recommending the Court deny Defendants' motion. Defendants have not filed an objection, and the time to do so has passed.[1]

Accordingly, the Court finds the unopposed Report and Recommendation [29] should be adopted as the opinion of the Court. Defendants' motion for summary judgment [22] is denied.

**SO ORDERED AND ADJUDGED** this the 18th day of August, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Judge Ball noted that any party could file an objection to the Report and Recommendation within 14 days. On August 12, 2021, Plaintiff filed a motion for an extension of time to object [30] to the Report and Recommendation. The Court denied the motion, noting that the Report and Recommendation was in Plaintiff's favor and that he could file a reply to Defendants' objection, if they chose to file one. Order [32] at 1–2. The Court also noted that Defendants had not separately moved for an extension of time to file an objection, so the 14-day deadline was still in effect. *Id.* at 2 n.1.